■ In the Matter of JESSY WRIGHT, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [988 NYS2d 85]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Stein, J.P., Garry, Rose, Egan Jr. and Clark, JJ., concur.

Adjudged that the determination is confirmed, without costs, and petition dismissed.